## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| H.O.P.E. THROUGH DIVINE INTERVENTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN ELITE INSURANCE COMPANY<br><br>Defendant. | No. 1:21-cv-04931-TWT<br><br>**(Removed from the Superior Court of Fulton County, State of Georgia, No 2021CV355780)** |

## DEFENDANT NORTH AMERICAN ELITE INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, and 1446

Defendant, NORTH AMERICAN ELITE INSURANCE COMPANY, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice that this action has been removed from the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully states to this Court as follows:

1.     A civil action originally entitled *H.O.P.E. Through Divine Intervention, Inc. v. North American Elite Insurance Company*, No. 2021CV355780, was filed on

October 15, 2021 and is now pending in the Superior Court of Fulton County, State of Georgia.  (Ex. 1, Summons and Complaint).

2.     In its Complaint, Plaintiff alleges breach of contract and insurance bad faith pursuant to O.C.G.A. § 33-4-6 arising out of a first-party insurance claim from a fire loss of October 17, 2019.

3.     This removal is timely under 28 U.S.C. § 1446(b) because North American Elite Insurance Company was served with the Summons and Complaint on November 1, 2021. (Ex. 2, CT Corp. Service of Process Transmittal.) North American Elite Insurance Company files the Notice of Removal on December 1, 2021, on the December 1, 2021 deadline.

4.     Written Notice of Filing of the Notice of Removal will be given to the Plaintiffs promptly after the filing of this Notice of Removal, as is required by 28 U.S.C. § 1446(d).

5.     A true and correct copy of this Notice of Removal will be filed with the Clerk of Superior Court, Fulton County, Georgia, promptly after the filing of this Notice of Removal, as is required by 28 U.S.C. § 1446(d).

6.     Attached to this Notice of Removal, and by reference made a part hereof, are true and correct copies of all process, pleadings, and orders served upon North

American Elite Insurance Company in the aforesaid action, pursuant to 28 U.S.C. § 1446(a). (Ex. 1, Summons and Complaint.)

7.     By filing this Notice of Removal, North American Elite Insurance Company does not waive any defenses that may be available to it.

8.     Pursuant to 28 U.S.C. § 1441, an action is generally removable if it could have originally been brought in federal court. This action could have originally been brought in federal court on the basis of diversity of citizenship jurisdiction.

9.     This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, because no defendant is a citizen of the same state as any plaintiff and the amount in controversy exceeds $75,000, exclusive of interest and costs, and because this Court is the District Court of the United States for the district and division embracing the place where such action is pending.

**<u>Diversity of Citizenship</u>**

10.     Plaintiff H.O.P.E. Through Divine Intervention, Inc. is a domestic non-profit corporation of Georgia at the time of removal and was a citizen of Georgia at the time of the commencement of this action. (Ex. 1., Summons and Complaint at ¶ 1).

11.     Defendant North American Elite Insurance Company is at the time of removal, and was at the time of the commencement of this action, incorporated in

the State of New Hampshire, with its principal place of business in New Hampshire. (Ex. 1, Summons and Complaint, ¶ 2)

12.    There is completely diversity between the parties because no defendant is a citizen of the same state as any plaintiff. Plaintiff is a citizen of Georgia and Defendant is a citizen of New Hampshire.

13.    Additionally, 28 U.S.C. § 1441(b) does not restrict removal because no defendant is a citizen of the State of Georgia.

**Amount in Controversy**

14.    Pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds $75,000, exclusive of interest and costs.

15.    For diversity removal, "the general rule is that the amount claimed by a plaintiff in his complaint determines the amount in controversy, unless it appears to a legal certainty that the claim is for less than the jurisdictional amount." *Rosen v. Chrysler Corp.*, 205 F.3d 918, 920-21 (6th Cir. 2000).

16.    The Complaint alleges that January 5, 2021 Plaintiff made a written demand for payment of the claim totaling $145,674.01.  (Ex. 1, Summons and Complaint ¶ 8).  Plaintiff asserts a breach of contract claim for direct and consequential damages in the total amount of $145,674.01. (Ex. 1, Summons and Complaint ¶ 12). It is clear from the face of the complaint that the amount in controversy exceeds $75,000.

WHEREFORE, Defendant North American Elite Insurance Company gives notice that the action captioned *H.O.P.E. Through Divine Intervention, Inc. v. North American Elite Insurance Company*, No. 2021CV355780, pending in the Superior Court of Fulton County, State of Georgia, is removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

HALL BOOTH SMITH, P.C.

/s/  *Duane L. Cochenour*

_____
DUANE L. COCHENOUR
Georgia Bar No.: 503901
JOHN D. LANGE
Georgia Bar No.: 435955
*Attorneys for North American Elite Insurance Company*

191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
404-954-5000
404-954-5020 - Fax
DCochenour@hallboothsmith.com
JLange@hallboothsmith.com

## CERTIFICATE OF FONT COMPLIANCE

Undersigned counsel hereby certified that the foregoing has been prepared with font and point selections approved by the Court in LR 5.1, Times New Roman 14 point.

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on December 1, 2021. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

This 1st day of December, 2021.

HALL BOOTH SMITH, P.C.

/s/ *Duane L. Cochenour*

_____

DUANE L. COCHENOUR
Georgia Bar No.: 503901
JOHN D. LANGE
Georgia Bar No.: 435955
*Attorneys for North American Elite*
*Insurance Company*

191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
404-954-5000
404-954-5020 - Fax
DCochenour@hallboothsmith.com
PERSONS SERVED:

James J. Leonard
Barnes & Thornburg LLP
Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305-2954
Jim.Leonard@btlaw.com
*Attorney for Plaintiff, H.O.P.E Through Divine Intervention, Inc.*

Fulton County Superior Court
***EFILED***TV
Date: 10/15/2021 1:47 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
## SUMMONS

H.O.P.E. Through Divine

Intervention, Inc.

**Plaintiff,**

vs.

North American Elite

Insurance Company

**Defendant**

) Case
) No.:     2021CV355780
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

> James J. Leonard
> BARNES & THORNBURG LLP
> 3475 Piedmont Road N.E., Suite 1700
> Atlanta, Georgia 30305

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____10/15/2021_____ day of _____, 20 _____

> Honorable Cathelene "Tina" Robinson
> Clerk of Superior Court
> By _____
>            Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

> Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

EXHIBIT 1

Fulton County Superior Court
***EFILED***TV
Date: 10/15/2021 1:47 PM
Cathelene Robinson, Clerk

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed __10/15/2021_____ | Case Number __2021CV355780_____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

__H.O.P.E. Through Divine Intervention, Inc.__

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

__North American Elite Insurance Company__

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** __James J. Leonard_____ **State Bar Number** __446655__ **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☑ **Automobile Tort**
- ☐ **Civil Appeal**
- ☑ **Contempt/Modification/Other Post-Judgment**
- ☒ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☑ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☑ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**                          **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

EXHIBIT 1

Fulton County Superior Court
***EFILED***TV
Date: 10/15/2021 1:47 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

H.O.P.E. THROUGH DIVINE
INTERVENTION, INC.,

          Plaintiff,

    v.

NORTH AMERICAN ELITE
INSURANCE COMPANY,

          Defendant.

Case No. 2021CV355780

**JURY TRIAL DEMANDED**

## COMPLAINT

COMES NOW, H.O.P.E. Through Divine Intervention ("Plaintiff") by and through his

undersigned attorneys, complaining of North American Elite Insurance Company ("Defendant")

and would respectfully show this Honorable Court the following.

### PARTIES, JURISDICTION AND VENUE

1.

Plaintiff is a nonprofit organization organized under the laws of the State of Georgia and

is located at 385 Holly Street NW, Atlanta, Fulton County, Georgia 30318.

2.

Defendant is a New Hampshire company with its principal place of business in 900 Elm

Street, Manchester, New Hampshire 03101. Defendant can be served through its Registered Agent,

Cindy Zidick, 1201 Peachtree Street, Atlanta, Georgia 30361. Defendant is an insurance company

admitted in the State of Georgia to issue insurance policies like the one issued to Plaintiff.

1

EXHIBIT 1

3.

Jurisdiction and venue over this action are proper in this Court because the policy was issued and delivered to Plaintiff in this County and the property at issue insured under the policy is situated in this County, and the losses sustained and acts complained of occurred in this County.

4.

The actions of Defendant complained of herein occurred in this County and Plaintiff has incurred harm and damage in this County. Defendant is an admitted foreign insurance company in the State of Georgia who delivered the subject insurance policy to the insured in this County. Defendant transacts and continues to transact substantial insurance business in this County and in Georgia. Thus, this Court has personal jurisdiction over the Defendant.

**FACTUAL BACKGROUND**

5.

This action arises out of Defendant's failure to pay Plaintiff's insured property damage arising from a fire at the insured property at 385 Holly Street NW, Atlanta, Georgia 30318.

6.

Defendant issued a property insurance policy to Plaintiff with Policy No. CWB0014497-04 (the "Policy"). The Policy covered certain property damage to the covered location in Atlanta as set forth in its terms and conditions. Despite notice, investigation, submission of additional requested information to the carrier, and full cooperation by the insured, Defendant has steadfastly refused to pay fully the covered subject loss thereby breaching its insurance policy with the insured.

EXHIBIT 1

7.

The subject loss herein involves a major fire at the covered property resulting in clearly covered losses. Defendant has paid only a portion of the loss to date.

8.

On January 5, 2021, a written demand for payment of the claim was sent to and received by Defendant pursuant to O.C.G.A. § 33-4-6, requiring payment of the loss totaling $145,674.01 in repair costs. Demand for same was made and 60 days was given to Defendant to pay the loss. Defendant has refused and denied the claim in bad faith.

## COUNT I: BREACH OF CONTRACT

9.

Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 10 of this Complaint as if fully restated herein.

10.

Defendant had an obligation to pay Plaintiff's subject property loss in accordance with the terms of the Policy as set forth herein, but has failed and refused to do so despite multiple demands therefor.

11.

The claim for damages falls within the coverage grant provided by the Policy and was not otherwise excluded or limited.

12.

As a direct and proximate result of Defendant's breach of contract, Plaintiff has sustained direct and consequential damages in the total amount of $145,674.01. All of Plaintiff's damages are a direct and proximate result of Defendant's breach of the insurance contract.

EXHIBIT 1

## COUNT II: INSURANCE BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

13.

Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 14 of this Complaint as if fully restated herein.

14.

On or about January 5, 2021, Plaintiff made a demand for payment under the Policy pursuant to O.C.G.A. § 33-4-6. A copy of that demand letter is attached hereto as **Exhibit 1** and fully incorporated herein by reference.

15.

Defendant declined to pay the claim and refused to pay for Plaintiff's losses in the utmost bad faith.

16.

As a result of Defendant's bad faith denial of coverage, Plaintiff is entitled to an additional fifty percent (50%) penalty of the unpaid loss as well as its attorneys' fees and costs incurred in this action.

WHEREFORE, Plaintiff prays for a judgment herein against Defendant as a result of its direct, consequential and all other damages resulting from Defendant's breach of the Policy and its duties under Georgia law. Additionally, Plaintiff prays for judgment for an additional fifty percent (50%) penalty and its attorneys' fees pursuant to O.C.G.A. § 33-4-6, as well as pre-judgment and post-judgment interest as allowed by law, as well as such other and further relief to which it is justly entitled.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

4

EXHIBIT 1

Respectfully submitted this 15th day of October, 2021.

James J. Leonard
Georgia Bar No. 446655
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia  30305-2954
Telephone:     (404) 846-1693
Facsimile:      (404) 264-4033
Jim.Leonard@btlaw.com

*COUNSEL FOR PLAINTIFF, H.O.P.E.*
*THROUGH DIVINE INTERVENTION, INC.*

EXHIBIT 1

# EXHIBIT 1

EXHIBIT 1

# BARNES & THORNBURG LLP

Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta. GA 30305-3327 U.S.A.
(404) 846-1693
Fax (404) 264-4033

www.btlaw.com

James J. Leonard
Partner
404-264-4060
Jim.Leonard@btlaw.com

January 5, 2021

VIA EMAIL ONLY

James V. Chin
JChin@zelle.com
Zelle LLP
1201 West Peachtree Street NW, Suite 610
Atlanta, GA 30309

> RE:   H.O.P.E. Through Divine Intervention, Inc.
> Dated of Loss:  October 17, 2019
> Our Matter No. 90005.3756
> McClaren's Claim No. 20.016665

Dear James:

As you know, the undersigned and this firm represents H.O.P.E. Through Divine Intervention, Inc. with regard to the above claim. This is to respond to your letter of October 16, 2020.

Respectfully, we disagree with your statement that my letter was NAEIC's first notice that the insured disagreed with its calculation of the property loss. The insured, and the contractor Randy Godfrey, have had numerous contact with NAEIC's claim adjuster regarding the proper completion of the construction and added necessary costs.

In that regard, please find attached a pdf containing numerous photographic documentation and notes from the construction company who completed the work on the building. I believe that these photographs and notes will address most of your questions raised in your October 16, 2020 letter (although I note that the body of the letter references October 20, 2020). In particular, you had requested that H.O.P.E. Through Divine Intervention, Inc. identify with specificity the additional repairs HTDI performed which are either discounted or entirely omitted from the insurance company's estimate. As you will see from the attached pdf, examples of these omissions include water damage to the electrical panel box which was required by the City of Atlanta to be replaced (not a code upgrade at all). Additionally, the insurance company estimate did not include eight (8) containers which were required because the roof system had to be completely removed from Unit B and replaced. Additionally, the insurance company estimate did

EXHIBIT 1

James V. Chin
January 5, 2021
Page 2

not include items such as replacing the fire blocking, the soffit and fascia in the
breezeways, as well as the siding on the top of the roof, air vents, replacement of the low
voltage line and ventilation in the bathroom, fire blocking and caulking, as well as
replacement ductwork and vents in the roof system. Additionally, the ventilation PVC
pipe was also run for the plumbing and had been omitted from the insurance company
estimate. There are several other items of smaller import on Mr. Godfrey's attached
notes and report, such as placing the vapor barrier behind the tubs, the replaced pull-
down for the attic access, and appropriate fencing and portable toilet costs.

The completion of the work has resulted in an additional $145,674.01 due from
the insurer in accordance with the previous estimate provided by Mr. Godfrey at Superior
Renovations, Inc. in the amount of $468,372.36 and crediting all insurer payments to
date. If North American Elite Insurance Company requires a particular form of sworn
proof of loss, please send that to my attention promptly. Demand is made for the above-
referenced amount in accordance with O.C.G.A. § 33-4-6.

I look forward to working with you in the prompt resolution of this claim.

Very truly yours,

James J. Leonard

JJL/ljm

Attachments

**BARNES & THORNBURG** LLP

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**

# ~ FIRE REPLACEMENT NOTES ~

*Project Address:*
**385 HOLLY STREET**
**ATLANTA, GEORGIA 30318**

*Client:*
H.O.P.E. THROUGH DIVINE

*Prepared by:*
Superior Renovations, Inc.
Render A. Godfrey
IICRC Certified Tech

Inspection date:
11/06/2020

CLAIM #: 566169

**Date: 11/06/2020**

**Today notes:**

The mitigation and the remediation were done and completed on 10/19/19. This project sat for a total of 11 months.

**08/20/2020**

**Notes:**

We started the replacement of this project once the building permit was issued August 20, 2020. Upon starting this project, there was some fee for the storage container, fence, and toilet that has not been paid for. As this project progressed, we found that the company that put together the report for the insurance did not allow enough budget within his estimate. There was a great deal of line items omitted from his estimate. Please review the captions below.

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 08/20/20
**Photographer:** *Render-A-Godfrey*
**Location:** *onsite of 385 Holly Street Atlanta Ga*
**Comments:** *Above photo will show that Selina have this company the startup funds to start this project on 08/20/20*

*Private & Confidential*

Claim #: 566169                                IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the floors had started roughing out and my insulation contractor fell through the floor.*

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the floors had started roughing out. There are footprints in the board where it has begun to cave in*

*Private & Confidential*
*Claim #:* 566169                    IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the floors had started roughing out. There are footprints in the board where it has begun to cave in*

*Private & Confidential*
*Claim #:* 566169                              **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the that water passed through the electrical panel boxes. City of Atlanta as this question and ask us to replace them as well.*

*Private & Confidential*
*Claim #:* 566169                    IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the roof system was completely removed from both part of unit B and replaced. We also have used a total of 8 containers, which this amount was not allowed under the insurance company estimate.*

# FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

55 West Campbellton street
Fairburn, Georgia
678-758-8413 Office
1-877-684-7049 fax



**Date** 09/05/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that roof system and wall was completed.*



*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 09/05/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that roof system and wall was completed.*

FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 09/05/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that roof system and wall was completed.*

# FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 09/05/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that roof system and wall was completed*

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 09/12/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that roof system and wall was completed.*

# FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 09/22/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that insulation has been put in place. At this point it has been one month since we have been working on this project. Progress is going well. The only problem I'm having is getting the window and doors on time.*

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 10/09/2020
**Photographer:** Render A. Godfrey
**Location:** onsite B unit 885 Holly Street

**Comments:** *Above photo will show that at the time of inspection there were not any fire blocking in place. We put the property back just as it was. The inspector fail it as stated that we had to put fire blocking in the area per code.*

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that soffit and fascia has been installed. The breeze ways was omitted out of the insurance company estimate, and the siding on the top of the roof was as well.*

*Private & Confidential*
*Claim #:* 566169          **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that soffit and fascia has been installed. The breeze ways was omitted out of the insurance company estimate, and the siding on the top of the roof was as well. The air vents was not on the insurance company report!*

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that soffit and fascia has been installed. The breeze ways was omitted out of the insurance company estimate, and the siding on the top of the roof was as well.*

# FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that soffit and fascia has been installed. The breeze ways was omitted out of the insurance company estimate, and the siding on the top of the roof was as well.*

## FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 West Campbellton street**
**Fairburn, Georgia**
**678-758-8413 Office**
**1-877-684-7049 fax**



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that soffit and fascia has been installed. The breeze ways was omitted out of the insurance company estimate, and the siding on the top of the roof was as well.*

*Private & Confidential*
*Claim #:* 566169          **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

55 WEST CAMPBELLTON STREET
FAIRBURN, GEORGIA
678-758-8413 OFFICE
1-877-684-7049 FAX



**Date** 09/22/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that insulation has been put in place. At this point it has been one month since we have been working on this project. Progress is going well. The only problem I'm having is getting the window and doors on time.*

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the floors had started roughing out. There are footprints in the board where it has begun to cave in*

## FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

55 WEST CAMPBELLTON STREET
FAIRBURN, GEORGIA
678-758-8413 OFFICE
1-877-684-7049 FAX



**Date** 08/20/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the floors had started roughing out. There are footprints in the board where it has begun to cave in*

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that all areas that was routed was repaired*

## FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169                                    IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that low voltage line was installed. This line item was left off the estimate from the insurance company report. Also, we installed the ventilation in the bathroom. This was another line item that was omitted from their report.*

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 West Campbellton Street
### Fairburn, Georgia
### 678-758-8413 Office
### 1-877-684-7049 fax



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that we installed fire blocking and fire caulking*

## FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that low voltage line was installed. This line item was left off the estimate from the insurance company report. Also, we installed the ventilation in the bathroom. This was another line item that was omitted from their report. You will also see new duct work and vents replaced in the roof system. Also, you will find 350 of ventilation PVC pipe that was ran for the plumbing. This line item was omitted from their estimate as well.*

*Private & Confidential*
*Claim #:* 566169                     **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

55 WEST CAMPBELLTON STREET
FAIRBURN, GEORGIA
678-758-8413 OFFICE
1-877-684-7049 FAX



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that at the time of inspection there were not any fire blocking in place. We put the property back just as it was. The inspector fail it as stated that we had to put fire blocking in the area per code.*

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that at the time of inspection there were not any vapor barrier in place behind the tubs. We put the property back just as it was. The inspector fail it as stated that we had to put vapor barrier in the area per code.*

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that all areas that was routed was repaired*

FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that all areas that was routed was repaired*

FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that all areas that was routed was repaired*



*Private & Confidential*
*Claim #:* 566169

IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 09/22/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that insulation has been put in place. At this point it has been one month since we have been working on this project. Progress is going well. The only problem I'm having is getting the window and doors on time.*

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that 350 of ventilation PVC pipe that was ran for the plumbing. This line item was omitted from their estimate as well.*



*Private & Confidential*
*Claim #:* 566169          IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that 350 of ventilation PVC pipe that was ran for the plumbing. This line item was omitted from their estimate as well. You will have so found that the fire wall is in place in the attic, and it has been fire caulked. This line item was not found in the estimate of the insurance company.*

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that 350 of ventilation PVC pipe that was ran for the plumbing. This line item was omitted from their estimate as well. You will have so found that the fire wall is in place in the attic, and it has been fire caulked. This line item was not found in the estimate of the insurance company. All air vents had been masked as well*

*Private & Confidential*
*Claim #:* 566169                    IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that low voltage line was installed. This line item was left off the estimate from the insurance company report. Also, we installed the new duct work. This was another line item that was omitted from their report. Fire blocking was also added.*

*Private & Confidential*
*Claim #:* 566169                                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date:** 09/22/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that new panel boxes was installed, due to water passing through the boxes.*

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

55 WEST CAMPBELLTON STREET
FAIRBURN, GEORGIA
678-758-8413 OFFICE
1-877-684-7049 FAX



**Date:** 09/22/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that new panel boxes was installed, due to water passing through the boxes.*

*Private & Confidential*
*Claim #:* 566169                                    IICRC Certifcation # 166897

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 West Campbellton Street**
**Fairburn, Georgia**
**678-758-8413 Office**
**1-877-684-7049 Fax**



**Date** 10/09/2020
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that all areas that was routed was repaired*

# FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date:** 09/22/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that the new attic access was constructed. The new pull down was not add on their estimate as well.*

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that soffit and fascia has been installed. The breeze ways were omitted out of the insurance company estimate, and the siding on the top of the roof was as well.*

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite B unit 385 Holly Street*
**Comments:** *Above photo will show that 350 ft of CPVC piping was used to install new water line in the units, and 150 ft of new drain line was installed as well. This was not in the adjuster's report from the insurance company*

# FIRE - STORM - WATER

*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

### 55 WEST CAMPBELLTON STREET
### FAIRBURN, GEORGIA
### 678-758-8413 OFFICE
### 1-877-684-7049 FAX



**Date** 11/07/20
**Photographer:** *Render A. Godfrey*
**Location:** *onsite.B unit 385 Holly Street*
**Comments:** *Above photo will show that 350 ft of CPVC piping was used to install new water line in the units, and 150 ft of new drain line was installed as well. This was not in the adjuster's report from the insurance company*

*Private & Confidential*
*Claim #:* 566169                    **IICRC Certifcation # 166897**

EXHIBIT 1

# SUPERIOR RENOVATIONS, INC.

**55 WEST CAMPBELLTON STREET**
**FAIRBURN, GEORGIA**
**678-758-8413 OFFICE**
**1-877-684-7049 FAX**

---

*Closing notes:*

*This project should be completed no later that December 30, 2020, depending on the window and doors. They are on back order, and we will attempt to find someone else if they are not in by next week.*

*Due to the extra line items, it add more time to this project, and a change of work order will be need, but it is my belief, that all line items was cover within my estimate and we will submit it as our supplement report once again. All cost at this time will be based off my report.*

*Also due to Covd-19 we have to have a third-party inspection company to handle all inspection (Safebuilt), and this has costed this company additional cost as well.*



*Private & Confidential*
*Claim #:* 566169

**IICRC Certifcation # 166897**

EXHIBIT 1

 CT Corporation

**Service of Process Transmittal**
11/01/2021
CT Log Number 540509235

TO:   Brian Snyder, Legal Counsel
      Swiss Re Management (Us) Corporation
      1200 MAIN ST
      KANSAS CITY, MO 64105-2122

RE:   **Process Served in Georgia**

FOR:  North American Elite Insurance Company  (Domestic State: NH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | H.O.P.E. THROUGH DIVINE INTERVENTION, INC. vs. North American Elite Insurance Company |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021CV355780 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/01/2021 at 14:36 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/01/2021, Expected Purge Date: 11/06/2021 |
| | Image SOP |
| | Email Notification,  Elizabeth Mullins  Elizabeth_Mullins@swissre.com |
| | Email Notification,  Lucia Rooney  lucia_rooney@swissre.com |
| | Email Notification,  Jay Brown  jay_brown@swissre.com |
| | Email Notification,  Christine Cargain  Christine_Cargain@swissre.com |
| | Email Notification,  Brian Snyder  Brian_Snyder@swissre.com |
| | Email Notification,  Taylor Hoffman  taylor_hoffman@swissre.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046 |
| | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Exhibit 2

 CT Corporation

**Service of Process Transmittal**
11/01/2021
CT Log Number 540509235

**TO:**   Brian Snyder, Legal Counsel
Swiss Re Management (Us) Corporation
1200 MAIN ST
KANSAS CITY, MO 64105-2122

**RE:**   **Process Served in Georgia**

**FOR:**   North American Elite Insurance Company  (Domestic State: NH)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Exhibit 2