IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.O.P.E. THROUGH DIVINE INTERVENTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTH AMERICAN ELITE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:21-cv-04931-SEG |

## NOTICE ADVISING OF SETTLEMENT IN PRINCIPLE

COMES NOW, Plaintiff H.O.P.E. THROUGH DIVINE INTERVENTION, INC. and Defendant NORTH AMERICAN ELITE INSURANCE COMPANY (the "Parties") who jointly submit this Notice Advising of Settlement in Principle. The Parties respectfully advise the Court that a settlement between them has been reached in principle and that the parties are working actively to document and consummate the agreement.

Respectfully submitted, this 18th day of August, 2022.

| | |
|---|---|
| */s/ James J. Leonard* | */s/ Duane L. Cochenour* |
| James J. Leonard | Duane L. Cochenour |
| Georgia Bar No. 446655 | *Signed with Express Permission* |
| BARNES & THORNBURG LLP | Georgia Bar No. 503901 |
| 3475 Piedmont Road N.E., Suite 1700 | Nneka A. Egwuatu |
| Atlanta, Georgia 30305 | Georgia Bar No. 864198 |
| Tel. (404) 264-4060 | David Carducci |
| Fax (404) 264-4033 | Georgia Bar No. 477814 |
| Jim.Leonard@btlaw.com | Hall Booth Smith, P.C. |
| | 191 Peachtree Street NE, Suite 2900 |
| *Counsel for Plaintiff H.O.P.E. Through Divine Intervention, Inc.* | Atlanta, Georgia 30303 |
| | Tel. (404) 954-5000 |
| | Fax (404) 954-5020 |
| | dcochenour@hallboothsmith.com |
| | negwuatu@hallboothsmith.com |
| | dcarducci@hallboothsmith.com |
| | |
| | *Counsel for Defendant North American Elite Insurance Company* |

2

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document is prepared in 14-font Times New Roman font, and otherwise complies with Local Rule 5.1. I further certify that I have this day electronically filed the foregoing *Notice Advising of Settlement in Principle* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

> Duane L. Cochenour
> Nneka A. Egwuatu
> David Carducci
> Hall Booth Smith, P.C.
> 191 Peachtree Street NE, Suite 2900
> Atlanta, Georgia 30303
> dcochenour@hallboothsmith.com
> negwuatu@hallboothsmith.com
> dcarducci@hallboothsmith.com
>
> *Counsel for Defendant North American Elite Insurance Company*

This 18th day of August, 2022.

> /s/ James J. Leonard
> James J. Leonard
> Georgia Bar No. 446655
>
> *Counsel for Plaintiff*

3