IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.O.P.E. THROUGH DIVINE INTERVENTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTH AMERICAN ELITE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:21-cv-04931-SEG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff H.O.P.E. THROUGH DIVINE INTERVENTION, INC. by and through its undersigned counsel, hereby dismisses with prejudice Defendant NORTH AMERICAN ELITE INSURANCE COMPANY, a settlement having been reached among the parties. Each party bearing their own attorneys' fees, costs, and expenses.

Respectfully submitted this 22nd day of September, 2022.

/s/ *James J. Leonard*
James J. Leonard
Georgia Bar No. 446655
BARNES & THORNBURG LLP
3475 Piedmont Road N.E., Suite 1700
Atlanta, Georgia 30305
Tel. (404) 264-4060
Fax (404) 264-4033
Jim.Leonard@btlaw.com

*Counsel for Plaintiff H.O.P.E. Through Divine Intervention, Inc.*

/s/ *Duane L. Cochenour*
Duane L. Cochenour
*Signed with Express Permission*
Georgia Bar No. 503901
Nneka A. Egwuatu
Georgia Bar No. 864198
David Carducci
Georgia Bar No. 477814
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
Tel. (404) 954-5000
Fax (404) 954-5020
dcochenour@hallboothsmith.com
negwuatu@hallboothsmith.com
dcarducci@hallboothsmith.com

*Counsel for Defendant North American Elite Insurance Company*

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document is prepared in 14-font Times New Roman font, and otherwise complies with Local Rule 5.1. I further certify that I have this day electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

>Duane L. Cochenour
>Nneka A. Egwuatu
>David Carducci
>Hall Booth Smith, P.C.
>191 Peachtree Street NE, Suite 2900
>Atlanta, Georgia 30303
>dcochenour@hallboothsmith.com
>negwuatu@hallboothsmith.com
>dcarducci@hallboothsmith.com
>
>*Counsel for Defendant North American Elite Insurance Company*

This 22nd day of September, 2022.

>*/s/ James J. Leonard*
>James J. Leonard
>Georgia Bar No. 446655
>
>*Counsel for Plaintiff*